**Order entered September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-00-00790-CV

**DARLENE C. AMRHEIN, Appellant**

**V.**

**LA MADELEINE, INC., Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-96-10227-C**

## ORDER

Appellant Darlene C. Amrhein's motion to prepare and transfer court records to the

Supreme Court of Texas is **DENIED.**

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE